IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LESLIE FALLIN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-216
)
LIEUTENANT FLOOD, MEG HEAP, )
MARGARET DELEON, )
CHRISTOPHER BOYETTE, JOHN )
LITTLE and DANIEL KANG, )
)
    Defendants. )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA